UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHELE STEVENSON,             :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civil Action No. 07-0027 (JR)
                               :
BRUCE R. JAMES, U.S. Government :
Printing Office,               :
                               :
        Defendant.             :

**NOTICE UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The plaintiff will TAKE NOTICE that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on **June 8, 2007,** unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

                                          JAMES ROBERTSON
                                   United States District Judge