IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHELE STEVENSON<br>1019 17TH Place, N.E. #5<br>Washington, D.C. 20002<br><br>            Plaintiff,<br><br>     v.<br><br>HON. BRUCE R. JAMES<br>U.S. Government<br>Printing Office<br>In his offical capacity<br>732 North Capitol Street, N.W.<br>Washington, D.C. 2041<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0027 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                          Respectfully submitted,

                                          ___/s/_____
                                          DIANE M. SULLIVAN, D.C. Bar #12765
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Room E4919
                                          Washington, D.C.  20530
                                          (202)514-7205