IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
MICHELE STEVENSON             )
1019 17TH Place, N.E. #5      )
Washington, D.C. 20002        )
                              )
            Plaintiff,        )
                              )
    v.                        )  Civil Action No. 07-0027 (JR)
                              )
HON. BRUCE R. JAMES           )
U.S. Government               )
Printing Office               )
In his offical capacity       )
732 North Capitol Street, N.W.)
Washington, D.C. 2041         )
                              )
            Defendant.        )
                              )
_____)
```

**<u>NOTICE OF APPEARANCE</u>**

The Clerk of the Court will please enter the appearance of Marian L. Borum, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                      Respectfully submitted,

                                      __/s/_____
                                      MARIAN L. BORUM, D.C. Bar #435409
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Judiciary Center Building
                                      555 4th Street, N.W. - Room E4810
                                      Washington, D.C. 20530
                                      Phone:(202) 514-6531
                                      Fax:(202) 514-8780
                                      marian.l.borum@usdoj.gov