IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHELE STEVENSON,              )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>    v.                           )  Civil Action No. 07-0027 (JR)<br>                                 )<br>HON. WILLIAM TURRI,              )<br>U.S. Government                  )<br>Printing Office,                 )<br>                                 )<br>         Defendant.[1]           )<br>                                 )<br>_____) | |

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.5**

The defendant, in accordance with Local Rule 40.5(a)(3) and (b)(3), advises the Court that this case is related to three cases pending in this Court.  They are as follows: <u>Barbara Reynolds v. William Turri</u>, Civil Action No. 07-0028; <u>Tarsha Kelly-Jones v. William Turri</u>, Civil Action No. 07-0026; and <u>Shirley Wilson v. William Turri</u>, Civil Action No. 07-0025.

In August 2005, the defendant issued Vacancy Announcement No. 05-190 to fill five Printing Services Specialist positions.  The plaintiff in this case, and the plaintiffs in the three related cases identified above, applied for and were determined to be minimally qualified for the positions(s).  All four plaintiffs were not selected for the position(s).  Therefore, all

---

[1] In accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure William Turri, the Acting Public Printer, is substituted for Bruce R. James, who resigned effective January 3, 2007.

four cases involve common issues of fact and grow out of the same event or transaction. LCvR 40.5(a)(3)(i)(iii).

The defendant anticipates filing a motion to consolidate the cases for the purposes of discovery after consultation with plaintiffs' counsel.

                        Respectfully submitted,

                        __/s/_____
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

                        __/s/_____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                        __/s/_____
                        DIANE M. SULLIVAN, D. C. BAR # 12765
                        MARIAN L. BORUM, D.C. Bar #435409
                        Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        Judiciary Center Building
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        Phone:(202) 514-6531

Of Counsel:
LATONYA D. HAYES
Assistant General Counsel
U.S. Government Printing Office