CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHELE STEVENSON            )
                             )
                             )
                             )
            Plaintiff        )   Civil Case Number 07-0027 (RCL)
                             )
      v.                     )
                             )   Category    H
BRUCE R. JAMES               )
                             )
                             )
                             )
            Defendant        )
                             )

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 27, 2007 from Judge James Robertson to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Reassigned as related to 07-0025)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc: Judge Robertson & Courtroom Deputy
Judge Lamberth & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓